# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| WILLIAM R. MILLER and<br>WILLIAM R. MILLER REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE<br>COMPANY,<br><br>Defendant. | Case No. |

## NOTICE OF REMOVAL

COMES NOW Defendant Great American Insurance Company ("Defendant"), through undersigned counsel, and, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, hereby gives notice of its removal of the above-styled matter from the District Court of Johnson County, Kansas to the United States District Court for the District of Kansas, Kansas City Division.  In support of removal, Defendant states as follows:

1. On October 27, 2020 Plaintiffs William R. Miller and William R. Miller Revocable Trust ("Plaintiffs") commenced a civil action in the District Court of Johnson County, Kansas, Case No. 20CV04499 ("state court action") against Great American Insurance Company.

2. Plaintiffs effectuated service of the summons on Defendant by having a copy of the summons and Petition submitted to Defendant by the Commissioner of Insurance on October 30, 2020.

3. Plaintiff William R. Miller is a citizen of Johnson County, Kansas.

4. Plaintiff alleges William R. Miller Revocable Trust is a revocable trust formed in the State of Kansas. William R. Miller is the trustee of the trust.

5. Defendant is an Ohio Corporation with its principle place of business in Ohio.

6. The monetary jurisdictional prerequisite to federal jurisdiction under 28 U.S.C. § 1332(a) is satisfied. Plaintiffs have pled an entitlement to an amount in excess of $75,000 in their Petition. Plaintiffs have not stipulated that they will be seeking less than $75,000. Therefore, the state court action is one which may be removed to this Court pursuant to 28 U.S.C. §§1332(a) and 1441. Accordingly, this Court has jurisdiction over the parties and subject matter of the state court action.

7. Plaintiffs completed service of process of the Petition on October 30, 2020 and Defendant's counsel entered their appearances on November 18, 2020. Plaintiffs' Petition named Great American Insurance Company as a Defendant. Therefore, pursuant to 28 U.S.C. §1446(b), this Notice is being filed within the requisite thirty (30) days from the date of service of process and the date the case became removable.

8. A copy of all pleadings and papers which have been filed in the state court action are attached hereto as Exhibit A.

9. Contemporaneous with the filing of this Notice and pursuant to 28 U.S.C. §1446(d) and Local Rule 81.1, written notice of service of this filing has been provided to Plaintiffs through their attorney of record. A copy of that Notice is attached hereto as Exhibit B.

9. Contemporaneous with the filing of this Notice and pursuant to 28 U.S.C. §1446(d) and Local Rule 81.1, written notice has been filed with the Clerk of the District Court of Johnson County, Kansas. A copy of that Notice is attached hereto as Exhibit C.

10. Pursuant to Local Rule 81.1, the Kansas City Division of this Court is the proper division for a removal of the state court action, which was pending in Kansas' Tenth Judicial District at the time of removal.

WHEREFORE, Defendant Great American Insurance Company hereby requests that the state court action be removed from the District Court of Johnson County, Kansas to this Court.

Respectfully submitted,

**BATY OTTO CORONADO PC**

/s/ Mark D. Katz

| Mark D. Katz | KBN 12745 |
| Kevin E. Miller | KBN 27259 |

4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Telephone:   (816) 531-7200
Facsimile:    (816) 531-7201
mkatz@batyotto.com
kmiller@batyotto.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Court via the its electronic filing system on November 18, 2020 and served via electronic mail and U.S. mail, first-class postage prepaid to:

Kurt S. Brack          KBN 14797
Brown & Ruprecht, PC
2323 Grand Blvd, Suite 1100
Kansas City, MO 64108
(816) 292-7000
(816) 292-7050 (fax)
kbrack@brlawkc.com
Attorney for Plaintiffs

/s/ Mark D. Katz
Attorney for Defendant