# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**WILLIAM R. MILLER and**
**WILLIAM R. MILLER**
**REVOCABLE TRUST,**

                **Plaintiffs,**

v.                                          Case No. 20-2583-DDC

**GREAT AMERICAN INSURANCE**
**COMPANY,**

                **Defendant.**

## AMENDED JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff William R. Miller Revocable Trust was terminated from this action, consistent with the Stipulation of Dismissal (Doc. 76) filed on January 11, 2022.**

**The court grants summary judgment against plaintiff William R. Miller's claims and enters summary judgment in defendant's favor on its Counterclaim for a Declaratory Judgment that plaintiff's claimed damages and losses are not covered losses or are excluded from coverage under policy number APK E261214 00, consistent with the Memorandum and Order (Doc. 79) filed on May 4, 2022.  Plaintiff William R. Miller recovers nothing, the action is dismissed on the merits, and the defendant shall recover costs from plaintiff.**

   05/04/2022                                                SKYLER B. O'HARA
      Date                                                     CLERK OF THE DISTRICT COURT

                                                                 by:   s/ Megan Garrett
                                                                          Deputy Clerk